## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   : No. 434 EAL 2014
                                   :
            Respondent        :
                                   : Petition for Allowance of Appeal from the
                                   : Order of the Superior Court
           v.                 :
                                   :
                                 :
BRANDON DENZEL CHARLESTON,   :
                                 :
           Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.